ALFONSO D'AMORE, Respondent, *v.* LARRY CARELLO et al., Appellants.

MICHAEL D'AMORE, an Infant, by ALFONSO D'AMORE, His Guardian ad Litem, Respondent, *v.* LARRY CARELLO et al., Appellants.

(Argued January 8, 1932; decided February 9, 1932.)

*James T. Cross* for appellants.

*Michael J. Larkin* for respondents.

Judgments affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.